**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


**JOYCE WALKER**                                                  **PLAINTIFF**

**VS.**                                              **CIVIL ACTION 3:09cv679 TSL-JCS**

**CAPTAIN D'S LLC, et al.**                                        **DEFENDANTS**


**RECUSAL ORDER**


Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the

above styled and numbered proceeding for the reason that the law firm of Baker, Donelson,

Bearman, Caldwell & Berkowitz, PC, counsel for defendant Captain D's LLC,  is on the recusal

list of the undersigned United States District Judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this  13th    day of   November, 2009.


                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE